FILED
2020 Oct-22 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.                              CASE NO: 6:19-CV-02016-LSC

KILGORE REALTY CO., INC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

The Plaintiff, Melissa Fendley, and Defendant, Kilgore Realty Co., Inc. by and through the undersigned counsel, hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 22nd day of October, 2020.

s/ Edward I. Zwilling                          s/ James C. Brakefield

Edward I. Zwilling, Esq.                    James C. Brakefield, Esq.
Law Office of Edward I. Zwilling, LLC       Jackson, Fikes & Brakefield
4000 Eagle Point Corporate Dr.              P.O. Box 748
Birmingham, Alabama, 35242               Jasper, AL 35502
Telephone: (205) 822-2701                  Telephone: (205) 387-2171
Email: edwardzwilling@zwillinglaw.com    jbrakefield@jacksonandfikes.com
ATTORNEY FOR PLAINTIFF                 ATTORNEY FOR DEFENDANT