# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| MELISSA FENDLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | 6:19-cv-02016-LSC |
| KILGORE REALTY CO., INC., | ) | |
| Defendant. | ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (doc. 19) filed on October 22, 2020. Accordingly, this case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on October 23, 2020.

L. Scott Coogler
United States District Judge

202892